# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-02615-SVW-DTB<br><br>Related Cases: 5:23-cv-02617-SVW-DTB<br>5:23-cv-02616-SVW-DTB<br>5:23-cv-02618-SVW-DTB<br>5:23-cv-02620-SVW-DTB<br>5:23-cv-02619-SVW-DTB | Date | March 28, 2024 |
| Title | Donald A Jaffa v. Gabriel J. Brockway<br>Donald A. Jaffa v. Brent R. Norquist<br>Donald A Jaffa v. George Williams<br>Donald A. Jaffa v. Officer DeWhirst<br>Donald A. Jaffa v. Veronica Laguna<br>Donald A. Jaffa v. Manuel S. Zapien | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on February 22, 2024, issued an order granting defendant's motion to dismiss.

The cases are dismissed.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |